IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-D-1875 (OES)

THE QUIZNO'S MASTER, LLC; and
QUIZNO'S FRANCHISING, LLC,

    Plaintiffs,

v.

DHRUV, INC.;
RAJAN VISHWANATHAN;
PUSHKALA RAJAN;
MAKARAND GUPTE; and
ABBY GUPTE,

    Defendants.

## ORDER

    THIS MATTER is before the Court upon review of the file.  On December 14, 2004, Plaintiffs filed a Motion for Order to Show Cause why Defendants should not be held in contempt for violating the express terms of the Preliminary Injunction Order entered by this Court on November 17, 2004.  The Defendants filed various Responses to the Motion for Order to Show Cause, and on March 15, 2005, this Court entered a Minute Order directing Plaintiffs to file a Reply to the Responses that identified any ongoing violations of the terms of the Preliminary Injunction Order and stated whether a hearing is necessary.  Plaintiffs filed a Reply on March 22, 2005.  In the Reply, Plaintiffs stated that "no hearing or contempt order on Plaintiffs' Motion for Order to Show Cause is required at this time," and that Plaintiffs will proceed with default

proceedings with respect to their damages claims against all Defendants.  Plaintiffs have not filed any additional motions and no activity has taken place in this case since March 22, 2005.

Therefore, in consideration of the foregoing, it is hereby

ORDERED that Plaintiffs Motion for Order to Show Cause filed December 14, 2004, is **DENIED AS MOOT**.  It is

FURTHER ORDERED that Plaintiffs shall show cause in writing no later than **Wednesday, November 2, 2005**, stating why this case should not be administratively closed pursuant to D.C.COLO.LR 41.1A, to be reopened for good cause shown.

Dated:  October 12, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge