IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-D-1875 (OES)

THE QUIZNO'S MASTER, LLC; and
QUIZNO'S FRANCHISING, LLC,

    Plaintiffs,

v.

DHRUV, INC.;
RAJAN VISHWANATHAN;
PUSHKALA RAJAN;
MAKARAND GUPTE; and
ABBY GUPTE,

    Defendants.

## ORDER

    THIS MATTER comes before the Court on receipt of Plaintiffs' Response to Order to Show Cause, filed November 1, 2005.  Having reviewed the response, I find that the Order to Show Cause issued October 12, 2005, should be discharged.  Accordingly, it is

    ORDERED that the Order to Show Cause, which was issued on October 12, 2005, is hereby **DISCHARGED**.

    Dated:  November 1, 2005

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel

U. S. District Judge