IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01875-WYD-MEH

THE QUIZNO'S MASTER LLC and
QUIZNO'S FRANCHISING LLC,

      Plaintiffs,

v.

DHRUV, INC.,
RAJAN VISHWANATHAN,
PUSHKALA RAJAN,
MAKARAND GUPTA, and
ABBY GUPTA,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, April 18, 2006.**

      Plaintiffs' Unopposed Motion to Modify Scheduling Order [Filed April 10, 2006; Docket #59] is **granted** in part and **denied** in part. Specifically, the settlement conference scheduled for April 27, 2006 is **vacated**. The discovery deadlines are modified as follows:

      Deadline for Joinder of Parties and Amendment of Pleadings: May 14, 2006
      Discovery Cut-off: July 14, 2006
      Dispositive Motion Deadline: July 14, 2006
      Rule 26 designations and related disclosures: May 14, 2006
      Rule 26(a)(2) rebuttal disclosures: June 1, 2006

      A final pretrial conference remains scheduled in this case for July 31, 2006, at 9:15 a.m. before Magistrate Judge Hegarty.