IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01875-WYD-MEH

THE QUIZNO'S MASTER LLC and
QUIZNO'S FRANCHISING LLC,

        Plaintiffs,

v.

DHRUV, INC.,
RAJAN VISHWANATHAN,
PUSHKALA RAJAN,
MAKARAND GUPTE, and
ABBY GUPTE,

        Defendants.

---

### ORDER ON PLAINTIFFS' RENEWED MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS DHRUV, INC., MAKARAND GUPTE AND ABBY GUPTE

---

This matter is before me on Plaintiffs The Quizno's Master LLC and Quizno's Franchising LLC (collectively "Quiznos") renewed motion for entry of default judgment against defendants DHRUV, Inc., Abby Gupte, and Makarand Gupte ("Non-Appearing Defendants"), filed on June 28, 2006 (docket #63), pursuant to Fed. R. Civ. P. 55(b)(1) ("motion").  The clerk of the court entered an Entry of Default against all Defendants except for Defendant Makarand Gupte on January 10, 2005.  The clerk of court entered an Entry of Default against Defendant Gupte on March 11, 2005.  I have considered the motion and the evidence provided by Quiznos, and find that the motion may be granted without hearing because Quiznos' seeks an amount capable of mathematical calculation

pursuant to Fed. R. Civ. P. 55(b).  Accordingly, it is hereby

ORDERED that the Clerk enter judgment in favor of Quiznos and against Defendants DHRUV, Inc., Abby Gupte, and Makarand Gupte, jointly and severally, in the amount of $138,777.70, together with interest at the statutory rate.

Dated:  June 29, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge