IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-D-1875 (OES)

THE QUIZNO'S MASTER, LLC; and
QUIZNO'S FRANCHISING, LLC,

    Plaintiffs,

v.

DHRUV, INC.;
RAJAN VISHWANATHAN;
PUSHKALA RAJAN;
MAKARAND GUPTE; and
ABBY GUPTE,

    Defendants.

---

## ORDER

---

THIS MATTER is before the Court on the Stipulation for Dismissal with Prejudice filed July 11, 2006, in which Plaintiffs and Defendants Rajan Vishwanathan and Pushkala Rajan state that they have reached a compromise of all claims between them in this case.  Upon review of the stipulation and the file in this matter, it is hereby

ORDERED that the claims and causes of action asserted against Defendants Rajan Vishwanathan and Pushkala Rajan are hereby **DISMISSED WITH PREJUDICE**, each party to bear their own costs, including attorneys' fees.

    Dated:  July 13, 2006

                                                    BY THE COURT:
                                                  s/ Wiley Y. Daniel
                                                  Wiley Y. Daniel
                                                  U. S. District Judge