IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01875-WYD-MEH

THE QUIZNO'S MASTER, LLC and
QUIZNO'S FRANCHISING LLC,

      Plaintiffs,

v.

DHRUV, INC.,
PUSHKALA RAJAN,
MAKARAND GUPTA, and
ABBY GUPTA,

      Defendants.

## ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

On June 28, 2006, this Court issued an Order to Show Cause why Eric Liepins, attorney for Defendant Rajan Vishwanathan should not be sanctioned for filing a pleading in this case without being admitted to practice in this District and for his failure to seek admission thereafter. Mr. Liepins responded and indicated that he was no longer counsel to Defendant Rajan Vishwanathan and that he wished to withdraw as counsel of record. Subsequently, Plaintiffs filed a stipulated motion to dismiss with prejudice as to Defendant Rajan Vishwanathan, which was granted by United States District Judge Wiley Y. Daniel on July 13, 2006. Accordingly, the Order to Show Cause is hereby **discharged**.

Dated at Denver, Colorado this 18th day of July, 2006.

                                        BY THE COURT:

                                        s/ Michael E. Hegarty
                                        Michael E. Hegarty
                                        United States Magistrate Judge