IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01875-WYD-MEH

THE QUIZNO'S MASTER LLC and
QUIZNO'S FRANCHISING LLC,

    Plaintiffs,

v.

DHRUV, INC.,
RAJAN VISHWANATHAN,
PUSHKALA RAJAN,
MAKARAND GUPTA, and
ABBY GUPTA,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 26, 2006.**

    Plaintiff's Motion to Vacate [Filed July 25, 2006; Docket #74] is **granted**. Pursuant to Judge Daniel's Order dated July 26, 2006, dismissing this case, all hearings and deadlines are hereby **vacated**.