IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01875-WYD-MEH

THE QUIZNO'S MASTER LLC and
QUIZNO'S FRANCHISING LLC,

        Plaintiffs,

v.

DHRUV, INC.,
RAJAN VISHWANATHAN,
PUSHKALA RAJAN,
MAKARAND GUPTE, and
ABBY GUPTE,

        Defendants.

**ORDER REGARDING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES
FROM NON-SETTLING DEFENDANTS AND SUPPORTING AFFIDAVIT**

THIS MATTER is before the court on Plaintiffs' Motion for Attorneys' Fees From Non-Settling Defendants and Supporting Affidavit, filed July 10, 2006 (docket #69) ("Motion").

This case involves enforcement of a Franchise Agreement between Plaintiffs and Defendant DHRUV, Inc., which is personally guaranteed by Defendants Makarand Gupte and Abby Gupte.  Defendants defaulted under the Franchise Agreement, and Plaintiffs terminated the Franchise Agreement and sought damages from Defendants in connection with post-termination obligations specified in the Franchise Agreement. Because of thier failure to answer or otherwise respond to the Complaint, the Court entered default judgment against Defendants DHRUV, Inc., Markarand Gupte and Abby

Gupte on June 30, 2006.

According to the terms of the Franchise Agreement,

> [i]n the event of any default on the part of either party to this Agreement, in addition to all other remedies, the party in default will pay the prevailing party (as determined by the decision-maker in the proceeding) all amounts due and all damages, costs, and expenses, including reasonable attorneys' fees, incurred by the prevailing party in any legal action or other proceeding as a result of such default, plus interest at the lesser of two percent (2%) per month or the highest commercial contract interest rate allowable by law accruing from the date of such default.

I find that Plaintiffs are the prevailing party in this matter. I have reviewed the Affidavit of Plaintiffs' attorney Leonard H. MacPhee concerning the attorneys' fees expended in this matter and I find that the fees sought herein are reasonable. Therefore, having reviewed the pleadings filed herein and being otherwise fully advised in the premises, I hereby

**GRANT** the Motion and **ORDER** that Plaintiffs shall be awarded attorneys' fees in the amount of $14,157.25.

Dated: July 28, 2006

BY THE COURT:
s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge